1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5
   Attorney for: PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          No. 2: 14 CV 3943

12 |           Plaintiff,

13 |     vs.                            CONSENT JUDGMENT

14 | ROBERT J. HERNANDEZ,

15 |           Defendant

16

17     Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, United

19  States Of America, against Defendant, Robert J. Hernandez,

20  in the principal amount of $7,317.76 plus interest accrued

21  to May 22, 2014 in the sum of $14,431.57; with interest

22  accruing thereafter at a daily rate of $1.77 until entry of

23  judgment, administration costs in the amount of $0.00, for a

24  total amount of $**21,749.33**.

25

26  DATED: 8/13/14              By: TERRY NAFISI
                                    Clerk of the Court
27
                                    _____
28                                  Deputy Clerk
                                    United States District Court